IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HERITAGE FENCE COMPANY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 24-2650 |
| | : | |
| **COLE MALIN,** *et al.* | : | |

## ORDER

**AND NOW**, this 9th day of December 2024, upon considering defendants' motion to dismiss (DI 10) and plaintiff's opposition (DI 12), and following oral argument on October 18, 2024, it is **ORDERED** that defendants' motion to dismiss is **GRANTED** in part and **DENIED** in part. The motion is **GRANTED** as to the trade secret claims, which are **DISMISSED** without prejudice. The motion is **DENIED** as to the breach of contract claim. Plaintiff has leave to amend no later than 14 days from this order.

**MURPHY, J.**